[No. 31199-2-II.   Division Two.   August 30, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN ELLIOTT WILKEN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-01352-1, Bryan E. Chushcoff, J., entered December 4, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 54973-1-I.   Division One.   September 6, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY D. GROVE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01837-1, Thomas J. Wynne, J., entered September 17, 2004. *Reversed* by unpublished per curiam opinion.

[No. 55268-6-I.   Division One.   September 6, 2005.]

JAYNE K. MORSE, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-06009-5, Richard J. Thorpe, J., entered November 2, 2004. *Reversed* by unpublished opinion per Schindler, J., concurred in by Cox, C.J., and Grosse, J.

[No. 30666-2-II.   Division Two.   September 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS P. LUCERO, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00176-7, Toni A. Sheldon, J., entered July 17, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Morgan, J., concurred in by Van Deren, A.C.J., and Armstrong, J.